UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Friedman

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Mt. Sinai hospital
Dr. Shelley Epstein
Dr. Joy Riskin

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Et Adult Survivors Act, and forcibly giving me haldol for a month with no judicial hearing_

B.  If you checked Diversity of Citizenship

1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Robert Friedman_ (Plaintiff's name), is a citizen of the State of

_OHIO_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Mount Dr. Shelley Epstein__, is a citizen of the State of
(Defendant's name)

__N.Y., and Dr Joy Riskin is a citizen in Massachusetts__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__Mount Sinai__.

If the defendant is a corporation:

The defendant, __N.Y__, is incorporated under the laws of

the State of __N.Y__

and has its principal place of business in the State of __N.Y__

or is incorporated under the laws of (foreign state) __N.Y__

and has its principal place of business in __N.Y__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__A Robert J. Friedman__
First Name      Middle Initial      Last Name

__400 Robinwood Avenue__
Street Address

__Columbus, Ohio 43213__
County, City        State         Zip Code

__614-258-8466__   __Friedmanrobbi@gmail.com__
Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Dr Shelley Epstein
First Name / Last Name

Psychiatrist at St. Catherines of Siena hospital
Current Job Title (or other identifying information)

222 East Main Street Suite 210
Current Work Address (or other address where defendant may be served)

Smithtown    N.Y    11787
County, City / State / Zip Code

Defendant 2:   Dr Joy Risvin
First Name / Last Name

Psychiatrist
Current Job Title (or other identifying information)

1330 Beacon Street
Current Work Address (or other address where defendant may be served)

Brookline  Massachusetts  02446
County, City / State / Zip Code

Defendant 3:   Mount Sinai hospital
First Name / Last Name

hospital
Current Job Title (or other identifying information)

1468 Madison Avenue
Current Work Address (or other address where defendant may be served)

N.Y   N.Y   10029
County, City / State / Zip Code

Defendant 4:

_____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: N.Y. N.Y

Date(s) of occurrence: Oct. 4, 1987 – Nov. 22, 1987

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was falsely imprisoned in Mt. Sinai hospital from Oct. 4, 1987 – Nov 22 1987. While I was there I was Dr. Shelley Epstein and Dr. Joy Riskin repeatedly kicked and punched me in/near my private parts for no reason. This should remove the injunction that I agreed to 19 years ago because of the Adult Survivors Act that was just passed in January 2022 a few months ago. Furthermore I just read in the notes of my record at my doctor's office that Dr. Epstein wrote because of the Haldol. They got me off after 1 month because they did not want to expose me to long term neuroleptics, however during that 1 month the haldol caused me permanent damage.

Page 5

I'm assuing for 40 million dollars

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was severely injured from the hallof for a month, it has caused me Permanent nerveous disorder and tardive ~~tyria toral~~ touret syndrom, also I have emotional damage from the physical abuse from Dr. Epstein and Dr Riskin

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I'm asking for 40 million dollars, for the horrible extreme harm that Mt. Sinai, Drs. Riskin and Epstein have caused

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Feb 2, 2023

Plaintiff's Signature: Robert Friedman

First Name: Robert  Middle Initial: Friedman  Last Name: Joseph Friedman

Street Address: 400 Robinwood Avenue

County, City: Columbus  State: OH  Zip Code: 43213

Telephone Number: 614-256-8466  Email Address (if available): friedmanrobbi@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.