UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Friedman,

                        Plaintiff,

-against-

MT Sinai Hospital et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2023

1:23-cv-01142 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Defendants shall answer or move against the Amended Complaint (ECF No. 26) no later than Friday, September 15, 2023.

**SO ORDERED.**

Dated:    New York, New York
             August 11, 2023

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge