UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Friedman,

                Plaintiff,

   -against-

MT Sinai Hospital et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2023

1:23-cv-01142 (JHR) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated February 13, 2023, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 5.) On August 8, 2023, Plaintiff filed an Amended Complaint in which he names as a defendant Carlo Liggio. (ECF No. 26.)

To allow Plaintiff to effect service on Defendant Carlo Liggio through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") using the following address: Carlo Liggio, 385 Oak Avenue, Apt. 2G, Staten Island, New York 10306. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Amended Complaint (ECF No. 26)—for the Marshals Service to effect service of the Summons and Amended Complaint upon Defendant Liggio.

SO ORDERED.

Dated:    New York, New York
           August 14, 2023

_____
STEWART D. AARON
United States Magistrate Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Carlo Liggio
   385 Oak Avenue, Apt. 2G
   Staten Island, New York 10306