```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Friedman,

                      Plaintiff,

    -against-

MT Sinai Hospital et al.,

                      Defendants.

1:23-cv-01142 (JHR) (SDA)

ORDER

STEWART D. AARON, United States Magistrate Judge:

    The Court construes Plaintiff's Letter filed at ECF No. 38 as a request to file a Second Amended Complaint containing the allegations set forth in such Letter. No later than September 19, 2023, Defendants shall file any response to Plaintiff's request. SO ORDERED.

Dated:    New York, New York
             September 5, 2023

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge