USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Friedman,

                Plaintiff,

-against-

MT Sinai Hospital et al.,

                Defendants.

1:23-cv-01142 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On October 2, 2023, two letters from Plaintiff addressed to the Honorable Jennifer H. Rearden, dated September 29, 2023 (ECF No. 47) and September 28, 2023 (ECF No. 48), were filed to the ECF docket. Both letters request "another amendment" to Plaintiff's pleading. (*See* ECF Nos. 47 & 48.)

On September 21, 2023, the Court previously granted Plaintiff leave to amend his pleading, deeming the Letter filed at ECF No. 38, as supplemented by ECF No. 41 with respect to Plaintiff's date of birth, as the Second Amended Complaint. (9/21/23 Endorsement, ECF No. 44.) Plaintiff shall be permitted no further amendments of his pleading at this time.

As previously Ordered, no later than October 20, 2023, Defendants shall file their motion to dismiss the Second Amended Complaint. (*See* ECF No. 44.) No later than November 30, 2023, Plaintiff shall file his opposition to Defendants' motion to dismiss. In his opposition papers, Plaintiff may propose any additional amendments to his pleading. Until Defendants' motion to dismiss is fully decided, the Court shall disregard any further letters from Plaintiff proposing amendments.

**SO ORDERED.**

Dated: New York, New York
October 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge

2