UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT J. FRIEDMAN,

                Plaintiff,                23 **CIVIL** 1142 (JHR)(SDA)

    -against-                        **JUDGMENT**

MT. SINAI HOSPITAL, et al.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 9, 2025, the Report and Recommendation is adopted in its entirety, including Judge Aaron's conclusion that Plaintiff not be given leave to amend. R&R at 16. The Court dismisses all claims pursuant to Rule 12(b)(6) with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          May 12, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                           **BY:**

                                                      **Deputy Clerk**